IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARIAH V. ANASTASI,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CV 22–119–M–DWM<br><br>ORDER |

Plaintiff having moved unopposed for a thirty-day extension of the briefing deadlines in the case,

IT IS ORDERED that the motion (Doc. 7) is GRANTED. The following briefing schedule shall now govern:

Plaintiff's opening brief must be filed on or before December 8, 2022. Failure to timely file the brief may result in summary dismissal of the case.

The defendant's response brief must be filed within 30 days after the plaintiff's brief is filed.

Plaintiff's reply brief, if any, must be filed within 14 days after the

1

defendant's brief is filed.

**No further extensions of time shall be granted.**

DATED this 7th day of November, 2022.

_____
Donald W. Molloy, District Judge
United States District Court