IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARIAH V.A., | CV 22-119-M-DWM |
| Plaintiff, | |
| and | JUDGMENT |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

\_\_\_\_\_**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Plaintiff as stated in the Court's Order, dated February 6, 2023, (Doc. 15).

Dated this 6th day of February, 2023.

TYLER P. GILMAN, CLERK

*/s/ JA Gilman*
_____

